**FILED**

MAR 2 0 2008

Mar 20, 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Anthony Wheeler    #A-81100
_____
        Plaintiff

        v.

Roger E. Walker, et al.,
_____
        Defendant(s)

08CV1637
JUDGE KOCORAS
MAGISTRATE JUDGE KEYS

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __Anthony Wheeler #A-81100__, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?    ☒Yes    ☐No  (If "No," go to Question 2)
    I.D. # __A-81100__ Name of prison or jail: Pinckneyville
    Do you receive any payment from the institution? ☐Yes ☒No  Monthly amount:_____

2.  Are you currently employed?    ☐Yes    ☒No (x)
    Monthly salary or wages:_____
    Name and address of employer: _____

    a.  If the answer is "No":
        Date of last employment:_____
        Monthly salary or wages:_____
        Name and address of last employer:_____

    b.  Are you married?    ☐Yes    ☒No
        Spouse's monthly salary or wages:_____
        Name and address of employer:_____

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

    a.  Salary or wages                                      ☐Yes    ☐No (x)
        Amount_____ Received by_____

b.    □ Business, □ profession or □ other self-employment    □Yes    ☒No
Amount_____Received by_____

c.    □ Rent payments, □ interest or □ dividends    □Yes    ☒No
Amount_____Received by_____

d.    □ Pensions, □ social security, □ annuities, □ life insurance, □ disability, □ workers'
compensation, □ unemployment, □ welfare, □ alimony or maintenance or □ child support
                                                                        □Yes    ☒No
Amount_____Received by_____

e.    □ Gifts or □ inheritances    □Yes    ☒No
Amount_____Received by_____

f.    □Any other sources (state source:_____)    □Yes    ☒No
Amount_____Received by_____

4.    Do you or anyone else living at the same address have more than $200 in cash or checking or
      savings accounts?    □Yes    ☒No    Total amount:_____
      In whose name held:_____Relationship to you:_____

5.    Do you or anyone else living at the same address own any stocks, bonds, securities or other
      financial instruments?    □Yes    ☒No
      Property:_____Current Value:_____
      In whose name held:_____Relationship to you:_____

6.    Do you or anyone else living at the same address own any real estate (houses, apartments,
      condominiums, cooperatives, two-flats, three-flats, etc.)?    □Yes    □No
      Address of property:_____
      Type of property:_____Current value:_____
      In whose name held:_____Relationship to you:_____
      Amount of monthly mortgage or loan payments:_____
      Name of person making payments:_____

7.    Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile
      homes or other items of personal property with a current market value of more than $1000?
                                                                        □Yes    ☒No
      Property:_____
      Current value:_____
      In whose name held:_____Relationship to you:_____

8.    List the persons who are dependent on you for support, state your relationship to each person and
      indicate how much you contribute monthly to their support. If none, check here □No dependents
      _____
      _____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _11-27-07_

_Anthony Wheeler_
Signature of Applicant

_Anthony Wheeler_
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein, _Wheeler, Anthony_ I.D.# _A81100_ , has the sum of $ _Ø_ on account to his/her credit at (name of institution) _Pinckneyville Correctional Center_ I further certify that the applicant has the following securities to his/her credit: _Ø_ . I further certify that during the past six months the applicant's average monthly deposit was $ _11.66_ . (Add all deposits from all sources and then divide by number of months).

_12-7-07_
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

_LISA D FLOWERS_
(Print name)

rev. 7/18/02

Date: 12/17/2007          **Pinckneyville Correctional Center**          Page 1
Time:   10:58am                    **Trust Fund**

d_list_inmate_trans_statement_composite          View Transactions

**Inmate: A81100 Wheeler, Anthony**                    **Housing Unit: PNK-R3-D -78**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| | | | | | **Beginning Balance:** | | 7.31 |
| 06/18/07 | Disbursements | 84 Library | 169341 | Chk #50209 | 222530, DOC - Library Copies,    Inv. Date: 06/08/2007 | -.50 | 6.81 |
| 06/18/07 | Disbursements | 84 Library | 169341 | Chk #50209 | 222532, DOC - Library Copies,    Inv. Date: 06/08/2007 | -.15 | 6.66 |
| 06/18/07 | Disbursements | 84 Library | 169341 | Chk #50209 | 222538, DOC - Library Copies,    Inv. Date: 06/08/2007 | -.50 | 6.16 |
| 06/18/07 | Disbursements | 81 Legal Postage | 169341 | Chk #50210 | 222847, IBF Postage,    Inv. Date: 06/05/2007 | -5.80 | .36 |
| 07/13/07 | Payroll | 20 Payroll Adjustment | 194141 | | P/R month of 06/2007 | .34 | .70 |
| 07/17/07 | Mail Room | 01 MO/Checks (Not Held) | 198268 | 210744 | Wheeler, Toya | 15.00 | 15.70 |
| 07/18/07 | Disbursements | 84 Library | 199341 | Chk #50417 | 222835, DOC: 523 Fund Library, Inv. Date: 07/17/2007 | -.25 | 15.45 |
| 07/18/07 | Disbursements | 84 Library | 199341 | Chk #50417 | 222842, DOC: 523 Fund Library, Inv. Date: 07/17/2007 | -.30 | 15.15 |
| 07/18/07 | Disbursements | 84 Library | 199341 | Chk #50417 | 222677, DOC: 523 Fund Library, Inv. Date: 06/22/2007 | -.30 | 14.85 |
| 07/18/07 | Disbursements | 84 Library | 199341 | Chk #50417 | 222685, DOC: 523 Fund Library, Inv. Date: 06/25/2007 | -.40 | 14.45 |
| 07/26/07 | Point of Sale | 60 Commissary | 207724 | 387483 | Commissary | -12.40 | 2.05 |
| 08/16/07 | Payroll | 20 Payroll Adjustment | 228141 | | P/R month of 07/2007 | 4.35 | 6.40 |
| 08/16/07 | Disbursements | 84 Library | 228341 | Chk #50707 | 223057, DOC: 523 Fund Library, Inv. Date: 08/02/2007 | -.60 | 5.80 |
| 08/16/07 | Disbursements | 84 Library | 228341 | Chk #50707 | 223051, DOC: 523 Fund Library, Inv. Date: 08/02/2007 | -.20 | 5.60 |
| 08/16/07 | Disbursements | 84 Library | 228341 | Chk #50707 | 223099, DOC: 523 Fund Library, Inv. Date: 08/08/2007 | -1.20 | 4.40 |
| 08/16/07 | Disbursements | 84 Library | 228341 | Chk #50707 | 223054, DOC: 523 Fund Library, Inv. Date: 08/02/2007 | -.15 | 4.25 |
| 08/16/07 | Disbursements | 84 Library | 228341 | Chk #50707 | 223054, DOC: 523 Fund Library, Inv. Date: 08/02/2007 | -.20 | 4.05 |
| 08/16/07 | Disbursements | 81 Legal Postage | 228341 | Chk #50729 | 223106, IBF Postage,    Inv. Date: 08/09/2007 | -2.11 | 1.94 |
| 08/16/07 | Disbursements | 81 Legal Postage | 228341 | Chk #50729 | 222843, IBF Postage,    Inv. Date: 07/18/2007 | -1.94 | .00 |
| 09/07/07 | Mail Room | 01 MO/Checks (Not Held) | 250281 | 856445 | Coleman, Latonya | 20.00 | 20.00 |
| 09/10/07 | Point of Sale | 60 Commissary | 253758 | 391695 | Commissary | -10.77 | 9.23 |
| 09/14/07 | Payroll | 20 Payroll Adjustment | 257141 | | P/R month of 08/2007 | .00 | 9.23 |
| 09/17/07 | Disbursements | 84 Library | 260341 | Chk #50943 | 223231, DOC: 523 Fund Library, Inv. Date: 08/27/2007 | -.15 | 9.08 |
| 09/17/07 | Disbursements | 84 Library | 260341 | Chk #50943 | 223231, DOC: 523 Fund Library, Inv. Date: 08/27/2007 | -.10 | 8.98 |
| 09/17/07 | Disbursements | 84 Library | 260341 | Chk #50943 | 223236, DOC: 523 Fund Library, Inv. Date: 08/27/2007 | -.10 | 8.88 |
| 09/17/07 | Disbursements | 84 Library | 260341 | Chk #50943 | 223236, DOC: 523 Fund Library, Inv. Date: 08/27/2007 | -.50 | 8.38 |
| 09/17/07 | Disbursements | 84 Library | 260341 | Chk #50943 | 223237, DOC: 523 Fund Library, Inv. Date: 08/27/2007 | -.30 | 8.08 |
| 09/17/07 | Disbursements | 81 Legal Postage | 260341 | Chk #50964 | 223276, IBF Postage,    Inv. Date: 08/30/2007 | -5.07 | 3.01 |
| 10/01/07 | Mail Room | 01 MO/Checks (Not Held) | 274268 | 071211 | Ibarra, Julien | 20.00 | 23.01 |
| 10/04/07 | Point of Sale | 60 Commissary | 277724 | 395174 | Commissary | -12.08 | 10.93 |
| 10/12/07 | Payroll | 20 Payroll Adjustment | 285175 | | P/R month of 09/2007 | 3.42 | 14.35 |
| 10/15/07 | Disbursements | 84 Library | 288341 | Chk #51137 | 223461, DOC: 523 Fund Library, Inv. Date: 09/25/2007 | -.45 | 13.90 |
| 10/15/07 | Disbursements | 84 Library | 288341 | Chk #51137 | 223477, DOC: 523 Fund Library, Inv. Date: 09/27/2007 | -1.25 | 12.65 |
| 10/15/07 | Disbursements | 84 Library | 288341 | Chk #51137 | 223459, DOC: 523 Fund Library, Inv. Date: 09/25/2007 | -2.50 | 10.15 |
| 10/15/07 | Disbursements | 84 Library | 288341 | Chk #51137 | 223477, DOC: 523 Fund Library, Inv. Date: 09/27/2007 | -.20 | 9.95 |

Date: 12/17/2007

Time: 10:58am

d_list_inmate_trans_statement_composite

Case 1:08-cv-01637    Document 3    Filed 03/20/2008    Page 5 of 5

**Pinckneyville Correctional Center**

**Trust Fund**

View Transactions

Page 2

Inmate: **A81100 Wheeler, Anthony**                    Housing Unit: **PNK-R3-D -78**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| 10/15/07 | Disbursements | 84 Library | 288341 | Chk #51137 | 223477, DOC: 523 Fund Library, Inv. Date: 09/27/2007 | -1.00 | 8.95 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288341 | Chk #51159 | 223466, IBF Postage,    Inv. Date: 09/26/2007 | -4.73 | 4.22 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288341 | Chk #51159 | 223530, IBF Postage,    Inv. Date: 10/05/2007 | -3.42 | .80 |
| 10/15/07 | Disbursements | 80 Postage | 288341 | Chk #51159 | 223395, IBF Postage,    Inv. Date: 09/18/2007 | -.80 | .00 |
| 11/09/07 | Payroll | 20 Payroll Adjustment | 313141 | | P/R month of 10/2007 | 4.86 | 4.86 |
| 11/16/07 | Disbursements | 84 Library | 320341 | Chk #51451 | 223705, DOC: 523 Fund Library, Inv. Date: 10/29/2007 | -.60 | 4.26 |
| 11/16/07 | Disbursements | 84 Library | 320341 | Chk #51451 | 223625, DOC: 523 Fund Library, Inv. Date: 10/22/2007 | -.20 | 4.06 |
| 11/16/07 | Disbursements | 84 Library | 320341 | Chk #51451 | 223628, DOC: 523 Fund Library, Inv. Date: 10/22/2007 | -.40 | 3.66 |
| 11/16/07 | Disbursements | 84 Library | 320341 | Chk #51451 | 223708, DOC: 523 Fund Library, Inv. Date: 10/29/2007 | -.05 | 3.61 |
| 11/16/07 | Disbursements | 84 Library | 320341 | Chk #51451 | 223626, DOC: 523 Fund Library, Inv. Date: 10/22/2007 | -1.50 | 2.11 |
| 11/16/07 | Disbursements | 81 Legal Postage | 320341 | Chk #51452 | 223586, IBF Postage,    Inv. Date: 10/16/2007 | -.80 | 1.31 |
| 11/16/07 | Disbursements | 81 Legal Postage | 320341 | Chk #51452 | 223694, IBF Postage,    Inv. Date: 10/26/2007 | -1.31 | .00 |
| 12/14/07 | Payroll | 20 Payroll Adjustment | 348141 | | P/R month of 11/2007 | 2.00 | 2.00 |

|  |  |
|--|--|
| **Total Inmate Funds:** | 2.00 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | 2.00 |
| **Funds Available:** | .00 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |