FILED

MAR 2 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Anthony Wheeler, pro se, plaintiff, | ) ) ) ) ) | Civil Action Motion For Appointment of Counsel |
| vs. | ) ) ) ) ) | 08CV1637 JUDGE KOCORAS MAGISTRATE JUDGE KEYS |
| Roger E. Walker, et al., defendants. | ) ) ) | Jury Trial Demanded |

MOTION FOR APPOINTMENT OF COUNSEL

I, Anthony Wheeler, declare that I am the plaintiff in the above entitled case. I further declare that I am unable to afford the services of an attorney.

I hereby request this Honorable Court to apoint counsel to represent me in this cause of action. Should this Honorable Court grant this Motion, I agree to provide for payment of attorney fees out of any recovery I might obtain in this cause.

Respectfully Submitted,

*Anthony Wheeler*
Anthony Wheeler, pro se

11-A