**FILED**

MAR 2 0 2008

Mar 20, 2008

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Anthony Wheeler, pro se,<br>plaintiff, | ) | F.R.C.P. Rule #53<br>Civil Action |
| | ) | |
| | ) | |
| vs. | ) | Special Master |
| | ) | 08CV1637 |
| Roger E. Walker, et al.,<br>defendants. | ) | JUDGE KOCORAS |
| | ) | MAGISTRATE JUDGE KEYS |

## MOTION FOR APPOINTMENT OF SPECIAL MASTER

Now comes, Anthony Wheeler, plaintiff-pro se, and respectfully moves this Honorable Court pursuant to Rule #53 of the Federal Rules of Civil Procedures and request that this Honorable Court to hereby enter an order granting this Motion for Appointment of a Special Master in the above entitled cause of action.

In support thereof, this plaintiff hereby states the following:

1. That he is the plaintiff-pro se in the above entitled cause of action.

2. The attached complaint, exhibits and affidavits clearly support a meritorious claim that can better be presented to this Honorable Court with the appointment of a Special Master to

(10)

over see these delicate proceedings including the production of all discovery. */

    Wherefore, this plaintiff humbly prays that this Honorable Court hereby issue an order granting this Motion for a Special Master and/or whatever other further relief that this Honorable Court deems just equitable and proper.

Respectfully Submitted,

Anthony Wheeler, pro se,
Reg. #A-81100
Pinckneyville, Ill. 62274
P.O. Box 999

(11)

*/ The "Special Master" must examine the effect upon plaintiff's
of the condition of the physical plaint i.e., lighting, heat,
plumbing, ventilation, living, noise levels, recreation space,
sanitation, (control of vermin and insects) food preparation,
medical facilities, clothing, and bedding.