# United States District Court
## Northern District of Illinois
**Eastern Division**

Anthony Wheeler                           **JUDGMENT IN A CIVIL CASE**

       v.                                             Case Number: 08 C 1637

Roger E. Walker et al

☐      Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■      Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's complaint is dismissed.  All matters in controversy having been resolved, final judgment of dismissal is entered in favor of the defendants and against plaintiff.

                                                 Michael W. Dobbins, Clerk of Court

Date:  3/26/2008                              /s/ Stephen C. Tokoph, Deputy Clerk