**FILED**

APR 1 4 2008

Apr 14 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Anthony Wheeler, pro se, plaintiff, | ) ) ) ) | NOTICE OF APPEAL<br>Fed. R. App. P. 4(a)(4) |
| vs. | ) ) ) | 08 C 1637 |
| Roger E. Walker, et al., defendants. | ) ) ) | Hon: Charles P. Kocoras<br>judge presiding |

## NOTICE OF APPEAL

Notice is hereby given that, I, Anthony Wheeler, (plaintiff-pro se) hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered on March 26, 2008, dismissing this action pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim.

Respectfully Submitted,

Anthony Wheeler, pro se
Reg. #A-81100
P.O. Box 999
Pinckneyville, Ill. 62274

(1)

# United States District Court
## Northern District of Illinois
### Eastern Division

Anthony Wheeler            **JUDGMENT IN A CIVIL CASE**

v.            Case Number: 08 C 1637

Roger E. Walker et al

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's complaint is dismissed. All matters in controversy having been resolved, final judgment of dismissal is entered in favor of the defendants and against plaintiff.

Michael W. Dobbins, Clerk of Court

Date: 3/26/2008            /s/ Stephen C. Tokoph, Deputy Clerk