FILED
APR 1 4 2008
Apr 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Anthony Wheeler, pro se,<br>    plaintiff, | ) ) ) | NOTICE OF APPEAL<br>Fed. R. App. P. 4(a)(4) |
| VS. | ) ) ) | 08 C 1637 |
| Roger E. Walker, et al.,<br>    defendants. | ) ) ) | Hon: Charles P. Kocoras<br>judge presiding |

### NOTICE OF APPEAL

Notice is hereby given that, I, Anthony Wheeler, (plaintiff-pro se) hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment entered on March 26, 2008, dismissing this action pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim.

Respectfully Submitted,

Anthony Wheeler, pro se
Reg. #A-81100
P.O. Box 999
Pinckneyville, Ill. 62274

(1)

AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Anthony Wheeler                             **JUDGMENT IN A CIVIL CASE**

      v.                                         Case Number: 08 C 1637

Roger E. Walker et al

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's complaint is dismissed. All matters in controversy having been resolved, final judgment of dismissal is entered in favor of the defendants and against plaintiff.

                                                                 Michael W. Dobbins, Clerk of Court

Date: 3/26/2008                             /s/ Stephen C. Tokoph, Deputy Clerk

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 08 cv 1637

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Wheeler/appellant | | Walker/appellee |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Anthony Wheeler | Name | Il. Dept. Of Corr. |
| Firm | pro-se #A-81100 | Firm | |
| Address | Pinckneyville - PCC<br>P.O. Box 999<br>Pinckneyville, Il. 62274 | Address | 100 W. Randolph<br>Suite 4-200<br>Chgo.Il. 60601 |
| Phone | | Phone | 312) 814-2235 |

| Other Information | | | |
|---|---|---|---|
| District Judge | Kocoras | Date Filed in District Court | 3/26/08 |
| Court Reporter | J. Hanhardt X-6874 | Date of Judgment | 3/27/08 |
| Nature of Suit Code | 555 | Date of Notice of Appeal | 4/14/08 |

COUNSEL:   Appointed ☐    Retained ☐    Pro Se ☒

FEE STATUS:   Paid ☐    Due ☐    IFP ☒
              IFP Pending ☐    U.S. ☐    Waived ☐

Has Docketing Statement been filed with the District Court Clerk's Office?   Yes ☐   No ☒

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted ☐    Denied ☐    Pending ☐

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

# United States District Court
## Northern District of Illinois
### Eastern Division

Anthony Wheeler                                **JUDGMENT IN A CIVIL CASE**

        v.                                Case Number: 08 C 1637

Roger E. Walker et al

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff's complaint is dismissed. All matters in controversy having been resolved, final judgment of dismissal is entered in favor of the defendants and against plaintiff.

 

Michael W. Dobbins, Clerk of Court

Date: 3/26/2008                    /s/ Stephen C. Tokoph, Deputy Clerk

APPEAL, KEYS, PC, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3 (Chicago)
## CIVIL DOCKET FOR CASE #: 1:08-cv-01637
### Internal Use Only

| | |
|---|---|
| Wheeler v. Walker et al | Date Filed: 03/26/2008 |
| Assigned to: Honorable Charles P. Kocoras | Date Terminated: 03/26/2008 |
| Cause: 42:1983 Prisoner Civil Rights | Jury Demand: Plaintiff |
| | Nature of Suit: 555 Civil Rights (Prison Condition) |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Anthony Wheeler**　　　　　represented by　**Anthony Wheeler**
A-81100
Pinckneyville - PCC
P.O. Box 999
Pinckneyville, IL 62274
PRO SE

V.

**Defendant**

**Roger E. Walker**
*Director, Illinois Department of Corrections*

**Defendant**

**Mays**
*Sergeant*

**Defendant**

**Butkiewizc**
*Counselor*

**Defendant**

**Lifter**
*Officer*

**Defendant**

**Mc Dowell**
*Sergeant*

**Defendant**

**Young**
*Lieutenant*

**Defendant**

**G Moore**
*Officer*

**Defendant**

**Terry Mc Cann**
*Warden*

**Service List**    represented by    **Illinois Department of Corrections**
100 West Randolph, Suite 4-200
Chicago, IL 60601
*ATTORNEY TO BE NOTICED*

**Prisoner Correspondence - Internal Use Only**
Email: Prison1_ILND@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/20/2008 | 1 | RECEIVED Complaint and 6 copies by Anthony Wheeler (Exhibits). (td, ) (Entered: 03/21/2008) |
| 03/20/2008 | 2 | CIVIL Cover Sheet. (td, ) (Entered: 03/21/2008) |
| 03/20/2008 | 3 | APPLICATION by Plaintiff Anthony Wheeler for leave to proceed in forma pauperis (Exhibits). (td, ) (Entered: 03/21/2008) |
| 03/20/2008 | 4 | MOTION by Plaintiff Anthony Wheeler for appointment of counsel. (td, ) (Entered: 03/21/2008) |
| 03/20/2008 | 5 | MOTION by Plaintiff Anthony Wheeler for appointment of special master. (td, ) (Entered: 03/21/2008) |
| 03/20/2008 | 8 | POST MARKED envelopes for initiating document by Anthony Wheeler (Document not scanned) (aew, ) (Entered: 04/07/2008) |
| 03/26/2008 | 6 | MINUTE entry before Judge Honorable Charles P. Kocoras: The plaintiff's motion for leave to file in forma pauperis [#3] is granted. However, the complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim. The case is terminated. The plaintiff's motions for appointment of counsel [#4] and appointment of a special master [#5] are denied as moot. The trust fund officer at the plaintiff's place of confinement is authorized and ordered to make deductions from the plaintiff's account and payments to the clerk of court in accordance with this order. The clerk is directed to mail a copy of this order to the |

|  |  |  |
|---|---|---|
|  |  | trust fund officer at the Pinckneyville Correctional Center. This dismissal counts as one of the plaintiff's three allotted dismissals under 28 U.S.C. § 1915(g). Civil case terminated. Mailed notice (td, ) (Entered: 03/27/2008) |
| 03/26/2008 | 7 | ENTERED JUDGMENT Signed on 3/26/2008. (td, ) (Entered: 03/27/2008) |
| 03/27/2008 |  | MAILED copy of minute order dated 3/26/2008 to Trust Fund Officer at the Pinckneyville Correctional Center. (td, ) (Entered: 03/27/2008) |
| 04/14/2008 | 9 | NOTICE of appeal by Anthony Wheeler regarding orders 6 , 7 (cja) (dj, ) (Entered: 04/15/2008) |
| 04/14/2008 | 10 | MOTION by Plaintiff Anthony Wheeler for leave to appeal in forma pauperis (dj, ) (Entered: 04/15/2008) |
| 04/15/2008 | 11 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 04/15/2008) |