# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov



**FILED**
**APRIL 15, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

## NOTICE OF DOCKETING - Short Form

April 15, 2008

**NF**

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 08-1898
>
> Caption:
> ANTHONY WHEELER,
> Plaintiff - Appellant
>
> v.
>
> ROGER E. WALKER, Jr., et al.,
>  Defendants - Appellees
>
>
> District Court No: 1:08-cv-01637
> District Judge Charles Kocoras
> Court Reporter J. Hanhardt
> Clerk/Agency Rep Michael Dobbins
>
> Date NOA filed in District Court: 04/14/2008

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**

form ID: **188**