

**FILED**
APR 2 9 2008
Apr 29, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

April 24, 2008
Anthony Wheeler
Reg. #A-81100
P.O. Box 999
Pinckneyville, Ill. 62274

Office of the Clerk
United States District Court
219 S. Dearborn St.
Chicago, Ill. 60602

                in re: Anthony Wheeler v. Roger E. Walker
                    et al.,
                    District Court #08 CV 01637
                    Appeal #08-1898

Attention,

    Enclosed herein is the <u>trust fund ledger for the past (6) months</u> from the Trust Fund Office of the Pinckneyville Correctional Center.

                                              Thank you,

                                              Anthony Wheeler

Date : 4/23/2008
Time : 10:08:22
**CHAMP**

**Pinckneyville Correctional Center**
**Trust Fund**
Inmate Transaction Statement
10/1/2007 to 4/23/2008

**Inmate: A81100 Wheeler, Anthony**  **Housing Unit: PNK-R3-D -74**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 3.01 |
| 10/01/07 | Mail Room | 01 MO/Checks (Not Held) | 274268 | 071211 | Ibarra, Julien | 20.00 | 23.01 |
| 10/04/07 | Point of Sale | 60 Commissary | 277724 | 395174 | Commissary | -12.08 | 10.93 |
| 10/12/07 | Payroll | 20 Payroll Adjustment | 285175 | | P/R month of 09/2007 | 3.42 | 14.35 |
| 10/15/07 | Disbursements | 84 Library | 288341 | Chk #51137 | 223461, DOC: 523 Fund Library, Inv. Date: 09/25/2007 | -.45 | 13.90 |
| 10/15/07 | Disbursements | 84 Library | 288341 | Chk #51137 | 223477, DOC: 523 Fund Library, Inv. Date: 09/27/2007 | -1.25 | 12.65 |
| 10/15/07 | Disbursements | 84 Library | 288341 | Chk #51137 | 223459, DOC: 523 Fund Library, Inv. Date: 09/25/2007 | -2.50 | 10.15 |
| 10/15/07 | Disbursements | 84 Library | 288341 | Chk #51137 | 223477, DOC: 523 Fund Library, Inv. Date: 09/27/2007 | -.20 | 9.95 |
| 10/15/07 | Disbursements | 84 Library | 288341 | Chk #51137 | 223477, DOC: 523 Fund Library, Inv. Date: 09/27/2007 | -1.00 | 8.95 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288341 | Chk #51159 | 223466, IBF Postage, Inv. Date: 09/26/2007 | -4.73 | 4.22 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288341 | Chk #51159 | 223530, IBF Postage, Inv. Date: 10/05/2007 | -3.42 | .80 |
| 10/15/07 | Disbursements | 80 Postage | 288341 | Chk #51159 | 223395, IBF Postage, Inv. Date: 09/18/2007 | -.80 | .00 |
| 11/09/07 | Payroll | 20 Payroll Adjustment | 313141 | | P/R month of 10/2007 | 4.86 | 4.86 |
| 11/16/07 | Disbursements | 84 Library | 320341 | Chk #51451 | 223705, DOC: 523 Fund Library, Inv. Date: 10/29/2007 | -.60 | 4.26 |
| 11/16/07 | Disbursements | 84 Library | 320341 | Chk #51451 | 223625, DOC: 523 Fund Library, Inv. Date: 10/22/2007 | -.20 | 4.06 |
| 11/16/07 | Disbursements | 84 Library | 320341 | Chk #51451 | 223628, DOC: 523 Fund Library, Inv. Date: 10/22/2007 | -.40 | 3.66 |
| 11/16/07 | Disbursements | 84 Library | 320341 | Chk #51451 | 223708, DOC: 523 Fund Library, Inv. Date: 10/29/2007 | -.05 | 3.61 |
| 11/16/07 | Disbursements | 84 Library | 320341 | Chk #51451 | 223626, DOC: 523 Fund Library, Inv. Date: 10/22/2007 | -1.50 | 2.11 |
| 11/16/07 | Disbursements | 81 Legal Postage | 320341 | Chk #51452 | 223586, IBF Postage, Inv. Date: 10/16/2007 | -.80 | 1.31 |
| 11/16/07 | Disbursements | 81 Legal Postage | 320341 | Chk #51452 | 223694, IBF Postage, Inv. Date: 10/26/2007 | -1.31 | .00 |
| 12/14/07 | Payroll | 20 Payroll Adjustment | 348141 | | P/R month of 11/2007 | 2.00 | 2.00 |
| 12/17/07 | Disbursements | 84 Library | 351341 | Chk #51656 | 223989, DOC: 523 Fund Library, Inv. Date: 12/06/2007 | -1.45 | .55 |
| 12/17/07 | Disbursements | 84 Library | 351341 | Chk #51656 | 224069, DOC: 523 Fund Library, Inv. Date: 12/12/2007 | -.55 | .00 |
| 01/10/08 | Mail Room | 01 MO/Checks (Not Held) | 010268 | 290901633 | Wheeler, Joseph | 50.00 | 50.00 |
| 01/10/08 | Mail Room | 01 MO/Checks (Not Held) | 010268 | 290901632 | Wheeler, Joseph | 50.00 | 100.00 |
| 01/10/08 | Mail Room | 01 MO/Checks (Not Held) | 010268 | 290901631 | Wheeler, Joseph | 50.00 | 150.00 |
| 01/10/08 | Mail Room | 01 MO/Checks (Not Held) | 010268 | 290901630 | Wheeler, Joseph | 50.00 | 200.00 |
| 01/11/08 | Payroll | 20 Payroll Adjustment | 011175 | | P/R month of 12/2007 | .00 | 200.00 |
| 01/15/08 | Disbursements | 84 Library | 015341 | Chk #51904 | 224198, DOC: 523 Fund Library, Inv. Date: 12/31/2007 | -.10 | 199.90 |
| 01/15/08 | Disbursements | 84 Library | 015341 | Chk #51904 | 224256, DOC: 523 Fund Library, Inv. Date: 01/09/2008 | -.45 | 199.45 |
| 01/15/08 | Disbursements | 84 Library | 015341 | Chk #51904 | 224194, DOC: 523 Fund Library, Inv. Date: 12/31/2007 | -.05 | 199.40 |
| 01/15/08 | Disbursements | 81 Legal Postage | 015341 | Chk #51926 | 224239, IBF Postage, Inv. Date: 01/03/2008 | -1.31 | 198.09 |
| 01/15/08 | Disbursements | 81 Legal Postage | 015341 | Chk #51926 | 224294, IBF Postage, Inv. Date: 01/11/2008 | -2.79 | 195.30 |
| 01/18/08 | Point of Sale | 60 Commissary | 018746 | 405966 | Commissary | -193.25 | 2.05 |
| 01/29/08 | Mail Room | 10 Western Union | 029200 | 7031966214 | YOUNG, LINDA | 270.00 | 272.05 |
| 02/01/08 | Mail Room | 01 MO/Checks (Not Held) | 032268 | 11164736351 | Wheeler, J | 25.00 | 297.05 |
| 02/01/08 | Mail Room | 01 MO/Checks (Not Held) | 032268 | A909749 | Wheeler, Juanita | 50.00 | 347.05 |
| 02/01/08 | Mail Room | 01 MO/Checks (Not Held) | 032268 | A909748 | Wheeler, Juanita | 50.00 | 397.05 |
| 02/18/08 | Payroll | 20 Payroll Adjustment | 049175 | | P/R month of 01/2008 | .00 | 397.05 |

**Date :** 4/23/2008
**Time :** 10:08:22
**CHAMP**

Pinckneyville Correctional Center
Trust Fund
Inmate Transaction Statement
10/1/2007 to 4/23/2008

**Inmate:** A81100 Wheeler, Anthony                **Housing Unit:** PNK-R3-D -74

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 02/19/08 | Disbursements | 84 Library | 050341 | Chk #52155 | 224569, DOC: 523 Fund Library, Inv. Date: 02/14/2008 | -6.00 | 391.05 |
| 02/19/08 | Disbursements | 84 Library | 050341 | Chk #52155 | 224570, DOC: 523 Fund Library, Inv. Date: 02/14/2008 | -2.00 | 389.05 |
| 02/19/08 | Disbursements | 80 Postage | 050341 | Chk #52172 | 224529, IBF Postage, Inv. Date: 02/07/2008 | -1.14 | 387.91 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050341 | Chk #52172 | 224467, IBF Postage, Inv. Date: 01/30/2008 | -4.60 | 383.31 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050341 | Chk #52172 | 224353, IBF Postage, Inv. Date: 01/18/2008 | -.41 | 382.90 |
| 02/19/08 | Disbursements | 80 Postage | 050341 | Chk #52172 | 224564, IBF Postage, Inv. Date: 02/13/2008 | -.97 | 381.93 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050341 | Chk #52172 | 224376, IBF Postage, Inv. Date: 01/22/2008 | -4.60 | 377.33 |
| 02/19/08 | Disbursements | 90 Medical Co-Pay | 050341 | Chk #52175 | 224538, DOC: 523 Fund Inmate R, Inv. Date: 02/08/2008 | -2.00 | 375.33 |
| 02/20/08 | Point of Sale | 60 Commissary | 051724 | 408562 | Commissary | -347.53 | 27.80 |
| 03/03/08 | Point of Sale | 60 Commissary | 063719 | 410056 | Commissary | -25.87 | 1.93 |
| 03/14/08 | Payroll | 20 Payroll Adjustment | 074175 | | P/R month of 02/2008 | .82 | 2.75 |
| 03/17/08 | Disbursements | 84 Library | 077341 | Chk #52373 | 224803, DOC: 523 Fund Library, Inv. Date: 03/12/2008 | -.45 | 2.30 |
| 03/17/08 | Disbursements | 84 Library | 077341 | Chk #52373 | 224803, DOC: 523 Fund Library, Inv. Date: 03/12/2008 | -.65 | 1.65 |
| 03/17/08 | Disbursements | 81 Legal Postage | 077341 | Chk #52392 | 224674, IBF Postage, Inv. Date: 02/27/2008 | -1.65 | .00 |
| 03/26/08 | Mail Room | 01 MO/Checks (Not Held) | 086268 | A912598 | Wheeler, Juanita | 50.00 | 50.00 |
| 04/02/08 | Point of Sale | 60 Commissary | 093724 | 413888 | Commissary | -27.44 | 22.56 |
| 04/11/08 | Payroll | 20 Payroll Adjustment | 102175 | | P/R month of 03/2008 | .00 | 22.56 |
| 04/17/08 | Mail Room | 01 MO/Checks (Not Held) | 108268 | 11165763870 | Wheeler, Joseph | 30.00 | 52.56 |
| 04/18/08 | Disbursements | 84 Library | 109341 | Chk #52669 | 224811, DOC: 523 Fund Library, Inv. Date: 03/14/2008 | -1.50 | 51.06 |
| 04/18/08 | Disbursements | 81 Legal Postage | 109341 | Chk #52670 | 224858, IBF Postage, Inv. Date: 03/19/2008 | -19.30 | 31.76 |
| 04/18/08 | Disbursements | 81 Legal Postage | 109341 | Chk #52670 | 225028, IBF Postage, Inv. Date: 04/09/2008 | -1.48 | 30.28 |
| 04/22/08 | Disbursements | 88 filing fee, notice of appeal | 113375 | Chk #52708 | 225161, Clerk Court Of Appeals, Inv. Date: 04/22/2008 | -5.00 | 25.28 |

|  |  |
|---|---|
| Total Inmate Funds: | 25.28 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 19.52 |
| Funds Available: | 5.76 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 04/21/2008 | 225108 | Disb | Legal Postage | 4321 CIBF Postage | $0.97 |
| 04/22/2008 | 225147 | Disb | Library-legal copies | 2 DOC: 523 Fund Library | $17.50 |
| 04/22/2008 | 225148 | Disb | Library-legal copies | 2 DOC: 523 Fund Library | $0.25 |

Date : 4/23/2008
Time : 10:08:22
CHAMP

**Pinckneyville Correctional Center**
**Trust Fund**
Inmate Transaction Statement
10/1/2007 to 4/23/2008

Inmate: A81100 Wheeler, Anthony

Housing Unit: PNK-R3-D -74

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 04/22/2008 | 225161 | Disb | Postage | 4321 CIBF Postage | $0.80 |
| | | | | **Total Restrictions:** | **$19.52** |