IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICTOF ILLINOIS

FILED
APR 29 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| Anthony Wheeler, pro se, plaintiff, | ) ) ) ) | MOTION FOR TRANSCRIPT OF THE PROCEEDINGS<br>Fed. R. App. P.(10)(B) |
| VS. | ) ) ) | case # 08 CV 01637<br>appeal # 08-1898 |
| Roger E. Walker, Jr., et al., respondents. | ) ) | District Judge:<br>Charles Kocoras |

## MOTION FOR TRANSCRIPT OF THE PROCEEDINGS

Now comes Anthony Wheeler, (plaintiff-pro se) and respectfully moves this Honorable Court to here issue an order pursuant to Fed. Rules App. P. 10(b) to order from the court reporter a transcript of the proceedings in the above entitled cause of action.

In support thereof, this plaintiff hereby states:

1. That this Motion For Transcripts of the Proceedings in this cause is being filed in "good faith" and not intended to hinder or further delay these proceedings.

2. That this plaintiff-pro se is indigent and lacks the funds or the financial means with which to pay for the cost of the transcripts in this cause of action.

(1)

    3. A timely Notice of Appeal was properly filed in this cause and has been assigned case number #08-1898, in the United States Court of Appeals For The Seventh Circuit.

    WHEREFORE, this plaintiff-pro se humbly prays that this Honorable Court enters an order granting this Motion For Transcript of The Proceedings in this cause.

Respectfully Submitted,

*Anthony Wheeler*
Anthony Wheeler, pro se
Reg. #A-81100
P.O. Box 999
Pinckneyville, Ill. 62274

(2)

NOTICE, PROOF OF SERVICE

    Please take Notice, that I, Anthony Wheeler, #A-81100, have filed the attached Motion For Transcript of the Proceedings on this 23 day of April 2008. This by depositing same in the mail box at the Pinckneyville Correctional Center, P.O. Box 999, Pinckneyville, Illinois.

To: United States District Court
    Office of the Clerk
    219 S. Dearborn Street
    Chicago, Ill. 60604

SUBSCRIBED AND SWORN TO UNDER
A PENALTY OF PERJURY
AFFIANT: *Anthony Wheeler*

Dear Clerk,

This facility is currently on a "General Lock Down" & as such, I don't have access to photo-copying. You can call here & verify such.

Thank you,

Cinthy Whack