

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
  **CLERK**                                                                                                312-435-5670

May 5, 2008

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois  60604

RE: Wheeler -v- Walker

U.S.D.C. DOCKET NO. : 08 cv 1637

U.S.C.A. DOCKET NO. : 08 - 1898

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

  VOLUME(S) OF PLEADING(S)            *1 Volume of Pleadings*

  VOLUME(S) OF TRANSCRIPT(S)

  VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

                                        Very truly yours,

                                        Michael W. Dobbins, Clerk

                                        By:_____
                                             D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

*1 Volume of Pleadings*

In the cause entitled: Wheeler -v- Walker.

USDC NO.     : 08 cv 1637

USCA NO.     : 08 - 1898

          IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 5th day of May 2008.

          MICHAEL W. DOBBINS, CLERK

          By: _____
             D. Jordan, Deputy Clerk

APPEAL, KEYS, PC, TERMED

# United States District Court
## Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3 (Chicago)
### CIVIL DOCKET FOR CASE #: 1:08-cv-01637
### Internal Use Only

| | |
|---|---|
| Wheeler v. Walker et al | Date Filed: 03/26/2008 |
| Assigned to: Honorable Charles P. Kocoras | Date Terminated: 03/26/2008 |
| Case in other court: 08-01898 | Jury Demand: Plaintiff |
| Cause: 42:1983 Prisoner Civil Rights | Nature of Suit: 555 Civil Rights (Prison Condition) |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Anthony Wheeler**     represented by  **Anthony Wheeler**
A-81100
Pinckneyville - PCC
P.O. Box 999
Pinckneyville, IL 62274
PRO SE

V.

**Defendant**

**Roger E. Walker**
*Director, Illinois Department of Corrections*

**Defendant**

**Mays**
*Sergeant*

**Defendant**

**Butkiewizc**
*Counselor*

**Defendant**

**Lifter**
*Officer*

**Defendant**

**Mc Dowell**
*Sergeant*

**Defendant**

**Young**
*Lieutenant*

**Defendant**

**G Moore**
*Officer*

**Defendant**

**Terry Mc Cann**
*Warden*

**Service List**     represented by **Illinois Department of Corrections**
100 West Randolph, Suite 4-200
Chicago, IL 60601
*ATTORNEY TO BE NOTICED*

**Prisoner Correspondence - Internal Use Only**
Email:
Prison1_ILND@ilnd.uscourts.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/20/2008 | 1 | RECEIVED Complaint and 6 copies by Anthony Wheeler (Exhibits). (td, ) (Entered: 03/21/2008) |
| 03/20/2008 | 2 | CIVIL Cover Sheet. (td, ) (Entered: 03/21/2008) |
| 03/20/2008 | 3 | APPLICATION by Plaintiff Anthony Wheeler for leave to proceed in forma pauperis (Exhibits). (td, ) (Entered: 03/21/2008) |
| 03/20/2008 | 4 | MOTION by Plaintiff Anthony Wheeler for appointment of counsel. (td, ) (Entered: 03/21/2008) |
| 03/20/2008 | 5 | MOTION by Plaintiff Anthony Wheeler for appointment of special master. (td, ) (Entered: 03/21/2008) |
| 03/20/2008 | 8 | POST MARKED envelopes for initiating document by Anthony Wheeler (Document not scanned) (aew, ) (Entered: 04/07/2008) |
| 03/26/2008 | 6 | MINUTE entry before Judge Honorable Charles P. Kocoras: The plaintiff's motion for leave to file in forma pauperis [#3] is granted. However, the complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim. The case is terminated. The plaintiff's motions for appointment of counsel [#4] and appointment of a special master [#5] are denied as moot. The trust fund officer at the plaintiff's place of confinement is authorized and ordered to make deductions from the plaintiff's account and payments to the clerk of court in accordance with this order. The clerk is directed to mail a copy of this order to the |

| | | |
|---|---|---|
| | | trust fund officer at the Pinckneyville Correctional Center. This dismissal counts as one of the plaintiff's three allotted dismissals under 28 U.S.C. § 1915(g). Civil case terminated. Mailed notice (td, ) (Entered: 03/27/2008) |
| 03/26/2008 | 7 | ENTERED JUDGMENT Signed on 3/26/2008. (td, ) (Entered: 03/27/2008) |
| 03/27/2008 | | MAILED copy of minute order dated 3/26/2008 to Trust Fund Officer at the Pinckneyville Correctional Center. (td, ) (Entered: 03/27/2008) |
| 04/14/2008 | 9 | NOTICE of appeal by Anthony Wheeler regarding orders 6 , 7 (cja) (dj, ) (Entered: 04/15/2008) |
| 04/14/2008 | 10 | MOTION by Plaintiff Anthony Wheeler for leave to appeal in forma pauperis (dj, ) (Entered: 04/15/2008) |
| 04/14/2008 | 15 | POST MARKED envelope for notice of appeal by Anthony Wheeler (Document not scanned) (aew, ) (Entered: 04/18/2008) |
| 04/15/2008 | 11 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 04/15/2008) |
| 04/15/2008 | 12 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 9 . Notified counsel (dj, ) (Entered: 04/15/2008) |
| 04/15/2008 | 13 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 9 ; USCA Case No. 08-1898. (td, ) (Entered: 04/16/2008) |
| 04/15/2008 | 14 | CIRCUIT Rule 3(b) Notice. (td, ) (Entered: 04/16/2008) |
| 04/29/2008 | 16 | LETTER from Anthony Wheeler dated 4/24/2008.(Exhibits) (kjc, ) (Entered: 05/02/2008) |
| 04/29/2008 | 17 | MOTION by Plaintiff Anthony Wheeler for transcript of the proceedings. (Exhibit) (kjc, ) (Entered: 05/02/2008) |

**KEY**

All circled items are included in this record.
All crossed out items are not included in the record.
S/C:  These items are sent under a separate certificate.
N/A:  These items are not available.