FILED
JUNE 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

June 13, 2008

*By the Court:*

| No.: 08-1898 | ANTHONY WHEELER, Plaintiff - Appellant  v.  ROGER E. WALKER, Jr., et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:08-cv-01637 Northern District of Illinois, Eastern Division District Judge Charles Kocoras ||

Upon consideration of the **MOTION FOR EXTENSION OF TIME TO PAY INITIAL PARTIAL FILING FEE**, filed on June 12, 2008, by the pro se appellant,

**IT IS ORDERED** that the motion is **GRANTED** to the extent that the appellant shall pay the initial partial filing fee by June 30, 2008.

form name: c7_Order_BTC (form ID: 178)