D.C. Clerk

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

FILED
JUN 2 5 2008 NF
JUN 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

June 23, 2008

BEFORE

MICHAEL S. KANNE, Circuit Judge

| | |
|---|---|
| No.: 08-1898 | ANTHONY WHEELER,<br>Plaintiff - Appellant<br><br>v.<br><br>ROGER E. WALKER, Jr., et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:08-cv-01637<br>Northern District of Illinois, Eastern Division<br>District Judge Charles Kocoras | |

The following are before the court:

1. **MOTION FOR TRUST FUND OFFICER TO MAKE INITIAL PAYMENT,** filed on June 16, 2008, by the pro se appellant.

2. **MOTION TO WAIVE FEE,** filed on June 19, 2008, by the pro se appellant.

**IT IS ORDERED** that #1 and #2 are **DENIED.** However, the appellant is granted an extension of time to pay the $2.33 initial partial filing fee until July 14, 2008.

form name: c7_Order_3J (form ID: 177)